```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/11/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
   AVROHOM MANES,  :
                                     Plaintiff, :

              -against-  :      20-cv-11059 (VEC)

                                         :      ORDER
   JPMORGAN CHASE BANK, N.A.,  :
   EXPERIAN INFORMATION SOLUTIONS,  :
   INC., EQUIFAX INFORMATION SERVICES,  :
   INC., EQUIFAX, INC., TRANS UNION LLC,  :
   CBCINNOVIS, I.N.C., JOHN DOES 1-10 and  :
   JANE DOES 1-10,  :

                                Defendants. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS an initial pretrial conference was held on June 11, 2021;

      IT IS HEREBY ORDERED THAT:

1. Plaintiff's second amended complaint is due by **June 25, 2021.**

2. A status conference will be held on **August 20, 2021 at 10:00 a.m**. A joint letter is due by **August 12, 2021.**

3. A referral to the Magistrate Judge for a settlement conference between Plaintiff and Trans Union LLC will be entered separately.

4. The Court will not enter a case management plan at this time. Any discovery that has already been served is stayed.

**SO ORDERED.**

Date: June 11, 2021
New York, New York

                                                  **VALERIE CAPRONI**
                                                  **United States District Judge**