

4545 Northwestern Drive | Zionsville, IN 46077
OFFICE 317.363.2400 | FAX 317.363.2257 | schuckitLAW.com

September 2, 2021

**<u>VIA ECF ONLY</u>**

Honorable Valerie E. Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> ***RE:  Avrohom Manes v. Trans Union, LLC, et al.***
> U.S. District Court, Southern District of New York
> Case No.:  7:20-cv-11059-KMK

Your Honor,

Pursuant to the Court's Scheduling Order, Doc. No. 46, and the Court's Order, Doc. No. 68, Plaintiff and Defendants, JPMorgan Chase Bank, N.A. ("JPMCB"), Experian Information Solutions, Inc. ("Experian") and Trans Union, LLC ("Trans Union"), through their undersigned counsel, hereby submit this joint Status Letter.

 1. An Initial Pre-Trial Conference in this matter was held on June 11, 2021.  The Court did not enter a Scheduling Order at that time.  Doc. No. 46.

 2. A Settlement Conference was scheduled to take place on August 9, 2021 with Magistrate Judge Lehrburger but was adjourned at Plaintiff's request due to a family emergency to a date to be determined.  <u>See</u> Doc. No. 67.  A new date has not yet been scheduled.

 3. Additionally, in connection with JPMCB's pending Rule 12(b)(6) motion, Your Honor extended Plaintiff's time to file opposition in view of counsel's family emergency, directing Plaintiff to file his opposition by September 17, 2021, and JPMCB to file its reply by October 1, 2021.  <u>See</u> Doc. No. 66.

 4. A Status Conference is scheduled for September 10, 2021 in this matter.

 5. Counsel have conferred regarding this matter, and Plaintiff's counsel states that his family situation has not resolved, that his client still would like him to represent him in this matter and that he seeks an additional 30-day postponement of the current deadlines in the hope that at that time the circumstances necessitating this delay will have improved such that the matter may proceed.

1

6. Defendants JPMCB, Experian and Trans Union do not object.

Respectfully Submitted,

| | |
|---|---|
| /s/ Camille Nicodemus<br>Camille Nicodemus, Esq.<br>SCHUCKIT & ASSOCIATES, P.C.<br>4545 Northwestern Drive<br>Zionsville, IN 46077<br>Tel. 317-363-2400, Ext. 105<br>Email: cnicodemus@schuckitlaw.com<br>*Counsel for Defendant Trans Union, LLC* | /s/ Juliana Clay<br>Juliana Clay, Esq.<br>JONES DAY<br>250 Vesey Street<br>New York, NY 10281<br>Tel: 212-326-7881<br>Email:  Jclay@jonesday.Com<br>*Counsel for Experian Information Solutions, Inc.* |
| /s/Christopher B. Turcotte<br>Christopher B. Turcotte, Esq.<br>TURCOTTE LAW, P.C.<br>575 Madison Avenue, Suite 1006<br>New York, New York 10022<br>(212) 937-8499<br>Email:  cturcotte@cbtlaw.com<br>*Counsel for Defendant JPMorgan Chase Bank, N.A.* | /s/ Daniel G. Ashburn<br>Daniel G. Ashburn, Esq.<br>ASHBURN LAW OFFICE LLC<br>1300 Carolyn Drive<br>Atlanta, GA 30329<br>404-939-1323<br>Email:  dashburn.ga@gmail.com<br>*Counsel for Plaintiff* |