

4545 Northwestern Drive | Zionsville, IN 46077
OFFICE 317.363.2400 | FAX 317.363.2257 | schuckitLAW.com

September 8, 2021

**<u>VIA ECF ONLY</u>**

Magistrate Judge Robert W. Lehrburger
500 Pearl Street, Room 1960
United States Courthouse
New York, NY 10007

      **RE:**   ***Avrohom Manes v. Trans Union, LLC, et al.***
            U.S. District Court, Southern District of New York
            Case No.:  1:20-cv-11059-VEC

Dear Judge Lehrburger,

      Pursuant to the Court's Order, Doc. No. 67, granting Plaintiff's request to adjourn the August 9, 2021 Settlement Conference, the parties were to provide the Court with proposed dates for rescheduling the Settlement Conference.  However, due to Plaintiff's counsel's family medical crisis, he is unable as of this date to provide Defendants with his future availability for a Settlement Conference.

                                          Respectfully Submitted,

                                          /s/ Camille Nicodemus
                                          Camille Nicodemus, Esq.
                                          SCHUCKIT & ASSOCIATES, P.C.
                                          4545 Northwestern Drive
                                          Zionsville, IN 46077
                                          Tel. 317-363-2400, Ext. 105
                                          Email: cnicodemus@schuckitlaw.com

                                          *Counsel for Defendant Trans Union, LLC*

cc:  All counsel of record via ECF