

4545 Northwestern Drive | Zionsville, IN 46077
OFFICE 317.363.2400 | FAX 317.363.2257 | schuckitLAW.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/9/2021
```

September 8, 2021

<u>**VIA ECF ONLY**</u>

Magistrate Judge Robert W. Lehrburger
500 Pearl Street, Room 1960
United States Courthouse
New York, NY 10007

      **RE:**   *Avrohom Manes v. Trans Union, LLC, et al.*
             U.S. District Court, Southern District of New York
             Case No.:  1:20-cv-11059-VEC

Dear Judge Lehrburger,

      Pursuant to the Court's Order, Doc. No. 67, granting Plaintiff's request to adjourn the August 9, 2021 Settlement Conference, the parties were to provide the Court with proposed dates for rescheduling the Settlement Conference.  However, due to Plaintiff's counsel's family medical crisis, he is unable as of this date to provide Defendants with his future availability for a Settlement Conference.

                                                   Respectfully Submitted,

                                                   /s/ Camille Nicodemus
                                                 Camille Nicodemus, Esq.
                                                 SCHUCKIT & ASSOCIATES, P.C.
                                                 4545 Northwestern Drive
                                                 Zionsville, IN 46077
                                                 Tel. 317-363-2400, Ext. 105
                                                 Email: cnicodemus@schuckitlaw.com

                                                 *Counsel for Defendant Trans Union, LLC*

No later than **September 22, 2021**, the parties shall advise the Court of proposed dates for rescheduling the settlement conference.

                                            SO ORDERED:

                                            9/9/2021
                                            _____

cc:  All counsel of record via ECF

                                            HON. ROBERT W. LEHRBURGER
                                            UNITED STATES MAGISTRATE JUDGE