```
                                                              USDC SDNY
                                                              DOCUMENT
                                                              ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                                  DOC #:_____
SOUTHERN DISTRICT OF NEW YORK                                 DATE FILED: 11/19/2021
```

---------------------------------------------------------------X
AVROHOM MANES,                                :
                                              :
                          Plaintiff,          :
                                              :               20-CV-11059 (VEC)
             -against-                        :
                                              :                    ORDER
                                              :
JPMORGAN CHASE BANK, N.A., EXPERIAN           :
INFORMATION SOLUTIONS, INC., EQUIFAX          :
INFORMATION SERVICES, INC., EQUIFAX,          :
INC., TRANS UNION LLC, CBCINNOVIS,            :
I.N.C., JOHN DOES 1-10 and JANE DOES 1-10.,   :
                                              :
                          Defendants.         :
---------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on November 17, 2021, the Court was notified by the magistrate that plaintiff and Trans Union LLC have reached an agreement in principle resolving all issues;

      IT IS HEREBY ORDERED THAT this case is DISMISSED with prejudice and without costs (including attorneys' fees) as to **Trans Union LLC only**. The Clerk of Court is respectfully directed to terminate **Trans Union LLC** on the docket.

      Within **30 days** of this order, the parties may apply to reopen this case. Any such application must show good cause for holding the case open in light of the parties' settlement and must be filed within **30 days**. Any request filed after 30 days or without a showing of good cause may be denied solely on that basis.

      Additionally, if the parties wish for the Court to retain jurisdiction to enforce their settlement agreement, they must submit **within the same 30-day period**: (1) their settlement agreement to the Court in accordance with Rule 6.A of the Court's Individual Practices and (2) a

request that the Court issue an order expressly retaining jurisdiction to enforce the settlement agreement.  *See Hendrickson v. United States*, 791 F.3d 354 (2d Cir. 2015).

**SO ORDERED.**

Date:  **November 19, 2021**
       **New York, NY**

                                               **VALERIE CAPRONI**
                                               **United States District Judge**